CHEMICAL BANK AND TRUST COMPANY, as Trustee under Trust Agreement Executed by CHARLES H. RAYMOND, Respondent, *v.* VICTORIA F. REYNAUD et al., Appellants, and MARIE R. MAXWELL, Individually and as Executrix of CHARLES H. RAYMOND, Deceased, Respondent. (Actions Nos. 1 and 2.)

(Argued December 5, 1934; decided December 31, 1934.)

*Harold H. Bowman, Vincent Gilroy, Le Roy S. Perkins, Fitz John Porter* and *Carroll H. Brewster* for appellants.

*Carroll G. Walter* for respondent.

In each action, judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.